A. A. LEVY CO., INC., Respondent, v. COLUMBIA OVERSEAS CORPORATION,

Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.